# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DOUGLAS E. SEYMOUR,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et. al.

    Defendants.

Case No. 2:10-CV-1361-JCM-RJJ

## JOINT STATUS REPORT AND REQUEST FOR TEMPORARY STAY

Pursuant to the Court's August 11, 2010 Minute Order, the parties wish to report and request the following:

1. There are currently no pending motions before the Court apart from the complaint for injunctive relief that was removed from Clark County District Court by the Federal Defendant.

2. Undersigned counsel respectfully request that the Court stay this action for a period of 60 days (including Federal Defendant's requirement to respond to the Complaint) pending an attempt by the parties to amicably resolve this matter. The parties have discussed this matter, are planning to meet within the next two weeks and are hopeful a resolution of this case can be reached that will obviate the need for further litigation.

3. The Court has already been provided a copy of Plaintiff's request for injunctive relief. Apart from that document, there are no other pending motions.

. . .

. . .

. . .

. . .

. . .

## Conclusion

In light of the foregoing, the parties respectfully request that the Court stay all proceedings in this case for 60 days, or to and until November 12, 2010, to permit the parties sufficient time to explore the possibility of resolving this matter without the need for Court intervention.

/s/ *Malik W. Ahmad*
_____
MALIK W. AHMAD, ESQ.
8072 West Sahara Avenue, Suite A
Las Vegas, Nevada 89117
Tele: (702) 270-9100
Fax: (702) 233-9103

Attorney for the Plaintiff

Dated: September 13, 2010

**Respectfully submitted,**

DANIEL G. BOGDEN
United States Attorney

/s/ *Paul S. Padda*
_____
PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, Nevada 89101
Tele: (702) 388-6521
Fax: (702) 388-6787

Attorneys for Federal Defendant

Dated: September 13, 2010

**IT IS SO ORDERED:**

**This matter is stayed to and until November 12, 2010 to allow the parties to explore the possibility of resolving this case. Should the parties successfully resolve this matter, the parties shall promptly file a Joint Status Report notifying the Court of that fact. If the parties are unable to resolve this matter, Federal Defendant shall file a response to Plaintiff's request for injunctive relief on or before November 12, 2010.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: ~~September xxxxx 2010~~
October 12, 2010

2